AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

THOMAS R. BUCHINGER,
        Plaintiff,

v.

COUNTY OF SPOKANE, a Washington corporation; et. al.,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-0388-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is dismissed for lack of subject matter jurisdiction pursuant to the Order Dismissing Complaint and Entering Judgment entered on February 27, 2009, Ct. Rec. 11.

February 27, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas